JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS ADOLFO CALDERON, | Case No. CV 15-1811 DMG (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF SOUTH GATE, | |
| Defendants. | |

Pursuant to the Court's June 21, 2017 Order granting Defendant's Motion for Summary Judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant City of South Gate and against Plaintiff Elias Adolfo Calderon.

**IT IS SO ORDERED**.

DATED: June 21, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-